No. D–2652. IN RE DISCIPLINE OF HOLMES. David Farrell Holmes, of Hutchinson, Kan., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2653. IN RE DISCIPLINE OF UHL. Christopher M. Uhl, of Southborough, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2654. IN RE DISCIPLINE OF WILSON. John Charles Wilson, of Mobile, Ala., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2655. IN RE DISCIPLINE OF NWADIKE. Ozomena Maryrose Nwadike, of Silver Spring, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2656. IN RE DISCIPLINE OF NEEDLEMAN. Stanley Howard Needleman, of Baltimore, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2657. IN RE DISCIPLINE OF LIEBERMAN. Richard Donald Lieberman, of Bethesda, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2658. IN RE DISCIPLINE OF JOSEPH. Joel David Joseph, of Beverly Hills, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.